(Revised 3/00)

<u>CLERK'S COURTROOM MINUTE SHEET</u>

<u>CASE NO.  **06-20056-13-KHV**</u>

| <u>CAPTION</u>: | <u>APPEARANCES</u>: |
|---|---|
| UNITED STATES OF AMERICA | Kim I. Martin |
| vs. | |
| ROBERT COLE, JR. | James L. Spies |

Judge: VRATIL        Clerk: South        Reporter: Hallberg        Location: Kansas City

Date: **January 8, 2007**

Type of Proceeding: **Motion hearing.**

#209 - Motion to withdraw of James L. Spies - Sustained.  Court will appoint new counsel.